UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>N. SELLIERS, et al.,<br><br>        Defendants. | Case No. 1:18-cv-00420 -EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT SPELLING<br><br>(ECF NO. 9) |

Kareem Howell ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action filed pursuant to 42 U.S.C. § 1983.

On April 30, 2018, Plaintiff filed a motion to correct spelling. (ECF No. 9). Plaintiff appears to be asking the Court to treat all references in his complaint to "A. Sellers" as references to "N. Selliers" instead.[1]

The Court finds good cause to grant Plaintiff's motion.

Accordingly, IT IS HEREBY ORDERED THAT:

    1. The Clerk of Court is directed to change "A Sellers" to "N. Selliers" on the Court's docket; and

---

[1] Plaintiff's complaint refers to "A. Selliers," not "A. Sellers." It is the Court's docket that lists an "A Sellers."

1

2. All references in Plaintiff's complaint to "A. Selliers" will be treated as references to "N. Selliers."

IT IS SO ORDERED.

Dated: **May 11, 2018**          /s/ Eric P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE